**B6J (Official Form 6J) (12/07)**

In re  Ismael M. Bello
       Maria Janette Bello                                                    Case No.   12-83144
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,809.87 |
|    a. Are real estate taxes included?  Yes X   No ___ | |
|    b. Is property insurance included?  Yes X   No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 298.00 |
|              b. Water and sewer | $ 20.00 |
|              c. Telephone | $ 260.00 |
|              d. Other  See Detailed Expense Attachment | $ 177.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 1,080.96 |
| 5. Clothing | $ 175.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 240.00 |
| 8. Transportation (not including car payments) | $ 762.60 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 0.00 |
|       b. Life | $ 0.00 |
|       c. Health | $ 0.00 |
|       d. Auto | $ 166.42 |
|       e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 540.45 |
|       b. Other | $ 0.00 |
|       c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  See Detailed Expense Attachment | $ 413.49 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,093.79 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   Debtors' mortgage payments have recently increased to $1,809.87.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 6,724.79 |
| b. Average monthly expenses from Line 18 above | $ 6,093.79 |
| c. Monthly net income (a. minus b.) | $ 631.00 |

**B6J (Official Form 6J) (12/07)**

In re  Ismael M. Bello
Maria Janette Bello                                                    Case No.  12-83144
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cable & Internet | $ 150.00 |
| Garbage | $ 27.00 |
| **Total Other Utility Expenditures** | $ 177.00 |

**Other Expenditures:**

| | |
|---|---|
| Tolietries & Cleaning Supplies, etc. | $ 125.00 |
| Misc, Birthday Holiday Haircut | $ 78.00 |
| Animal Feed | $ 150.00 |
| Insurance for Passat | $ 60.49 |
| **Total Other Expenditures** | $ 413.49 |

Case 12-83144    Doc 84    Filed 06/25/13    Entered 06/25/13 14:15:25    Desc Main
Document      Page 2 of 2