UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ISMAEL M. BELLO | ) | BK NO.: 12-83144 |
| MARIA JANETTE BELLO | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

NOTICE OF SUBSTITUTION OF ATTORNEY

Now Comes Ostling and Associates, LTD in support of this Notice of Substitution of Attorney states as follows:

1. Ostling and Associates, LTD requests the substitution of Robert Follmer, Attorney at Law; 201 W. Olive Street, Bloomington, IL 61701, in place of Michael Blissenbach, Attorney at Law; 201 W. Olive Street, Bloomington, IL 61701 as he is no longer employed by Ostling and Associates LTD.

WHEREFORE, Ostling and Associates LTD respectfully requests that this Honorable Court enter an Order substituting Robert Follmer for Michael Blissenbach as attorney of record in this matter.

By: /s/ Robert Follmer
Attorney for Debtor
OSTLING & ASSOCIATES LTD
201 W. Olive
Bloomington, IL 61701
309-827-3030

## CERTIFICATE OF SERVICE

      I, Jessica Wheeler, Legal Assistant for Ostling & Associates, do hereby certify that a copy of the **Notice of Substitution of Attorney** was mailed to the following individuals on the 5th day November, 2013 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

Ismael and Maria Bello
393 Cummings Rd.
Caledonia, IL 61011


Notice of the pleading was electronically mailed to the following individuals:

Lydia Meyer, Trustee
UST

/s/ Jessica Wheeler